AO 240A

# UNITED STATES DISTRICT COURT
District of New Jersey

JORGE SUQUI

        Plaintiff

V.

GOLD PASTA CORPORATION, et al

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-2512 (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

It is hereby **ORDERED** on this 18th day of JUNE, 2009 that the application is:

**X** GRANTED, and the Clerk is directed to file the Complaint, and

It is further ORDERED that the clerk shall

**X** Issue summon(es); and

**X** The United States Marshal to serve a copy of the Complaint, Summons(es) and this Order upon the defendant(s) as directed by the plaintiff. All costs shall be advanced by the United States;

__ Plaintiff is to serve a copy of the Complaint, Summons(es) and this Order upon the defendants(s), pursuant to the Rules;

__ DENIED, for the following reasons.

No claim upon which relief can be granted.

DICKINSON R. DEBEVOISE, USDJ